UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EASTMAN, II, *et al.*,

        Plaintiffs,

v.

AMERISTEP BLINDS, INC., *et al.*,

        Defendants.

                                /

Case No. 05-74089

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
STEVEN D. PEPE

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 33]

Before the Court is Defendant's motion for summary judgment [DE 33], on which the Court heard oral argument on July 11, 2007. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [DE 33] is GRANTED.

SO ORDERED.

                                S/ARTHUR J. TARNOW
                                Arthur J. Tarnow
                                United States District Judge

Dated: July 12, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 12, 2007, by electronic and/or ordinary mail.

                                S/THERESA E. TAYLOR
                                Case Manager